Byron E. Ma (Bar No. 299706)
BUCHE AND ASSOCIATES, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
bma@buchelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVANTOR INDUSTRY CO., LTD. AND NINGBO LEEDOR INDUSTRY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN JORDA TRADING CO., LTD., DBA ELEVENS, PEX FIX, ET AL., SHENZHEN 703 AKA SHENZHEN QILINGSAN NETWORK TECHNOLOGY CO., LTD., NEUTYPE, AND MIRUO MIRROR, INC. <br><br> Defendants | Case No.: 2:22-cv-04844-DOC-JPR <br><br> **DECLARATION OF BYRON E. MA IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS SHENZHEN JORDA TRADING CO., LTD., DBA ELEVENS, PEX FIX, ET AL., SHENZHEN 703 AKA SHENZHEN QILINGSAN NETWORK TECHNOLOGY CO., LTD., NEUTYPE, AND MIRUO MIRROR, INC.** <br><br> Hearing Date: February 26, 2024 <br> Time: 8:30 AM <br> Courtroom: 10A <br> Judge: Hon. David O. Carter <br><br> Complaint Filed: July 14, 2022 |

- 1 -

**DECLARATION OF BYRON E. MA**

# DECLARATION OF BYRON MA

I, Byron E. Ma, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an of counsel attorney at Buche & Associates, P.C. (collectively "Counsel"), Counsel for Defendants Shenzhen Jorda Trading Co., Ltd. dba Elevens, PexFix; Shenzhen 703 aka Shenzhen Qilingsan Network Technology Co., Ltd.; Neutype; and, Miruo Mirror, Inc. (collectively "Defendants"). This declaration is made of facts and matters within my own personal knowledge and if called as a witness, I could, and would, testify thereto. I make this Declaration in support of the Motion to Withdraw as Attorneys of Record for Defendants.

2. On January 19, 2024, I met and conferred with Plaintiffs' counsel regarding this motion to withdraw as attorneys of record. Plaintiffs' counsel indicated that Plaintiffs do not oppose the motion.

3. There has been a breakdown in communication between Counsel and Defendants. After several attempts, undersigned Counsel has been unable to obtain necessary cooperation and information from Defendants. Therefore, Counsel cannot effectively represent Defendants in this case.

4. I have informed Defendants in writing that if they do not provide the necessary communications and information needed to effectively represent Defendants in this case, then Counsel would withdraw as attorneys of record for Defendants.

5. Counsel have complied with Local Rule 83-2.3.2 and 83-2.3.4 by providing written notice to clients regarding both withdrawal and the effect of the withdrawal on an entity. Undersigned counsel has notified Defendants and their representatives of the condition necessitating the withdrawal and of the need to find replacement counsel immediately.

6. Continued representation of Defendants will create an undue burden on Counsel because Counsel will not be able to effectively represent Defendants without necessary communications.

**DECLARATION OF BYRON E. MA**

- 2 -

1  I declare under penalty of perjury under the laws for the United States of America that
2  the foregoing is true and correct.
3  Executed this 29th day of January 2024 in San Diego, California.

By: */s/ Byron E. Ma*
Byron E. Ma

**DECLARATION OF BYRON E. MA**