**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:22-CV-04844-DOC-JPRx                                           Date: January 30, 2024

Title: Alvantor Industry Co., Ltd. v. Shenzhen Jorda Trading Co., Ltd. et al.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER ADVANCING HEARING ON DEFENSE'S MOTION TO WITHDRAW [79] FROM FEBRUARY 26 TO FEBRUARY 5

    The hearing on Byron Ma's motion to withdraw as attorney of record scheduled for February 26, 2024 is **ADVANCED** to February 5, 2024 at 8:30 a.m., the same time as the scheduling conference.

    The Joint Stipulation to Continue the Scheduling Conference (Dkt. 81) is **DENIED**.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                        Initials of Deputy Clerk: kdu

CIVIL-GEN