**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: 2:22-cv-04844-DOC-JPR                    Date: February 5, 2024

Title: Alvantor Industry Co., Ltd. v. Shenzhen Jorda Trading Co., Ltd. et al

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Sharon Seffens  |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Sang N. Dang | Byron E. Ma |

**PROCEEDINGS:         SCHEDULING CONFERENCE (held and continued)**

The case is called. The Court and counsel confer.

The defense's motion to withdraw as counsel (Dkt. 79) is GRANTED. Mr. Ma is hereby relieved as attorney of record for Defendants in this action.

Under Local Rule 83–2.2.2, defendants, as corporate entities, cannot proceed, pro se. Defendants are hereby ORDERED to retain counsel, and those counsel are ordered to enter an appearance with this Court by February 29, 2024.

The Court sets a scheduling conference in this case for March 11, 2024, at 8:30 AM.

:      16

Initials of Deputy Clerk: kdu