# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVANTOR INDUSTRY CO., LTD. and NINGBO LEEDOR INDUSTRY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN JORDA TRADING CO., LTD., DBA ELEVENS, PEX FIX, ET AL., SHENZHEN 703, AKA, SHENZHEN QILINGSAN NETWORK TECHNOLOGY CO., LTD., NEUTYPE, AND MIRUO MIRROR, INC.,<br><br>Defendants. | Case No: 2:22-cv-04844-DOC-JPR<br><br>[Hon. David O. Carter]<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

The Court having previously entered an Order Granting Plaintiffs' Motion for Default Judgment and Permanent Injunction (Dkt. 89) against Defendants Shenzhen Jorda Trading Co., Ltd., dba Elevens, Pex Fix, et al., Shenzhen 703 aka Shenzhen Qilingsan Network Technology Co., Ltd. Neutype, and Miruo Mirror, Inc. (collectively, "Defendants"), and the Court having entered an Order Granting in Part Plaintiffs' Motion for Attorneys' Fees against Defendants (Dkt. 93), default judgment and permanent injunction is entered herein as follows:

I.  JUDGMENT

1. Default judgment is hereby entered against Defendants Shenzhen Jorda Trading Co., Ltd., dba Elevens, Pex Fix, et al., Shenzhen 703 aka Shenzhen Qilingsan Network Technology Co., Ltd. Neutype, and Miruo Mirror, Inc.

2. Defendants are jointly and severally liable to Plaintiffs Alvantor Industry Co., Ltd. ("Alvantor") and Ningbo Leedor Industry Co., Ltd. ("Leedor") (collectively, "Plaintiffs").

II.  PERMANENT INJUNCTION

3. Defendants and their respective agents, servants, employees, and co-venturers, and all persons in active concert or participating with Defendants who receive actual notice of this order by personal service or otherwise, are hereby PERMANENTLY ENJOINED from engaging in or performing any of the following acts: Using, copying, or otherwise infringing any of Alvantor's copyrighted materials and content or intellectual property or creating derivative works.

III.  DAMAGES, ATTORNEYS' FEES AND COSTS

4. Plaintiffs are awarded their damages in the following amount $892,278.08.

5. Plaintiffs are awarded costs of suit in the following amount $18,121.80.

6. Plaintiffs are awarded attorneys' fees in an amount of $96,428.05.

7. The Court shall retain jurisdiction to enforce the permanent injunction included in this judgment.

8. The Court orders that Plaintiffs are entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcement of the Court's judgment and permanent judgment herein.

**IT IS SO ORDERED.**

Date: May 22, 2024

_____
Honorable David O. Carter
United States District Judge