# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: 2:22-cv-04844-DOC-JPR                               Date: September 9, 2024

Title:   Alvantor Industry Co., Ltd. v. Shenzhen Jorda Trading Co., Ltd. et al

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Armen Manasserian | None present |

**PROCEEDINGS:**   **MOTION FOR ORDER FOR ASSIGNMENT ORDER [99]**

The case is called. The Court and counsel confer.

For reasons as stated on the record, the Court referres the Motion for Assignment Order [99] to Magistrate Judge Jean P. Rosenbluth.

The Court sets a status conference on this matter for October 9, 2024 at 7:30 AM.

|  | 0 : 04 |
|---|---|
|  | Initials of Deputy Clerk: kdu |