**MANASSERIAN LAW, APC**
Armen Manasserian (SBN 288199)
Arya Channaveeraiah (SBN 344199)
35 Hugus Aly, Suite 210
Pasadena, California 91103
Tel.: (626) 469-0500
Fax: (626) 469-0510
Email: arya@ml-apc.com

Attorneys for Judgment Creditors,
Alvantor Industry Co., Ltd. and Ningbo Leedor Industry Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVANTOR INDUSTRY CO., LTD. and NINGBO LEEDOR INDUSTRY CO., LTD. | Case No.: 2:22-cv-04844-DOC-JPR |
| | Hon. David O. Carter |
| Plaintiffs, | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |
| v. | |
| SHENZHEN JORDA TRADING CO., LTD., DBA ELEVENS, PEX FIX, ET AL., SHENZHEN 703, AKA, SHENZHEN QILINGSAN NETWORK TECHNOLOGY CO., LTD., NEUTYPE, AND MIRUO MIRROR, INC., | |
| Defendants. | |

/ / /

1

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

1. Satisfaction of judgment is acknowledged as follows:

   a. ☒ Full Satisfaction

      1) ☐ Judgment is satisfied in full.

      2) ☒ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.

   b. ☐ Partial satisfaction

   The amount received in partial satisfaction of the judgment is $_____.

   c. ☐ Matured installment

   All matured installments under the installment judgment have been satisfied as of (date): _____.

2. Full name and address of judgment creditor:

   **Alvantor Industry Co., Ltd. and Ningbo Leedor Industry Co., Ltd. c/o Manasserian Law, APC – 35 Hugus Aly, Suite 210, Pasadena, CA 91103.**

3. Full name and address of assignee of record, if any:

   **N/A.**

4. Full name and address of judgment debtor(s) being fully or partially released:

   a. **Shenzhen Jorda Trading Co., Ltd. dba Elevens, Pex Fix, et al. – address unknown.**

   b. **Shenzhen 703 aka Shenzhen Qilingsan Network Technology Co., Ltd., Neutype – address unknown.**

   c. **Miruo Mirror, Inc. – 1942 Broadway St., Ste. 314C, Boulder, CO 80302.**

5. a. Judgment entered (date): **May 22, 2024**

   b. ☐ Renewal entered on (date): **N/A**

6. ☐ An ☐ abstract of judgment ☐ certified copy of the judgment has been recorded as follows (complete all information for each county where recorded): **N/A.**

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify): **N/A.**

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Dated: April 16, 2025            **MANASSERIAN LAW, APC**

By: /s/ *Arya Channaveeraiah*
Armen Manasserian, Esq.
Arya Channaveeraiah, Esq.
Attorneys for Judgment Creditors,
Alvantor Industry Co., Ltd. and
Ningbo Leedor Industry Co., Ltd.